## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MCDONALD                    v. HSBC                     No. 13-0417-WQH(WVG)
HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL     RPTR. _____

Case settled. Plaintiff's/Defendant's counsel to submit papers within ____30____ days.

A Settlement Disposition Conference will be held in this case on May 31, 2013, at 8:00 AM in the chambers of Magistrate Judge Gallo unless a signed Joint Motion for Dismissal of this case is filed and a copy of the signed Joint Motion is provided to the chambers of Magistrate Judge Gallo, prior to that time.

The ENE set for May 7, 2013 at 9:00 AM is vacated.

DATED: April 25, 2013

                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge