Karen S. Spicker, SBN 127934
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
karen@doanlaw.com

Attorney for Plaintiff
SHANNON MCDONALD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MCDONALD, ) | Case No.   3:13-CV-00417-WQH-WVG |
| Plaintiff, ) ) | **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. ) ) | |
| HSBC BANK USA, N.A., and DOES 1 through 10, inclusive. ) ) ) | |
| Defendants. ) | |

**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**1**

Plaintiff Shannon McDonald and Defendant HSBC Bank USA, N.A., hereby jointly move for dismissal with prejudice of the above-entitled action in its entirety. Each party to bear their own costs and attorney fees.

Dated: May 20, 2013         **Doan Law Firm, L.L.P.**

By: */s/ Karen S. Spicker*
Karen S. Spicker, Esq.
Attorney for Plaintiff,
SHANNON MCDONALD

Dated: May 20, 2013         **Stroock & Stroock & Lavan LLP**
Julia B. Strickland
Lisa M. Simonetti
Jason S. Yoo

By: */s/ Jason S. Yoo*
Jason S. Yoo

Attorneys for Defendant,
HSBC BANK USA, N.A.

**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

2